SCPW-18-0000651

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILLIAM HORACE DODD, Petitioner,

vs.

THE HONORABLE JESSI L.K. HALL, Judge of the Family Court
of the First Circuit, State of Hawai'i, Respondent Judge,

and

THERESA HAI HUA DODD, Respondent.

_____

ORIGINAL PROCEEDING
(FC-D NO. 13-1-7631)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner William Horace Dodd's petition for writ of mandamus, filed on August 16, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner may seek relief in the appeals pending in the Intermediate Court of Appeals in CAAP-18-0000147 and CAAP-18-0000696, as appropriate. Petitioner, therefore, is not entitled to the requested extraordinary relief.

See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 11, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

